FILED'05 MAY 11 15:44USDC-ORP

**Scott Brooksby**, OSB #95056
E-mail:scott.brooksby@bullivant.com
**Dain Paulson**, OSB #97365
E-mail: dain.Paulson@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendants Office
Depot, Inc. and Office Star Products

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ADRIAN WARE, an Individual,**

    Plaintiff,

v.

**OFFICE DEPOT, INC., a Delaware Corporation, OFFICE STAR PRODUCTS, a California Corporation, and JOHN DOE ENTITY, an Unknown Entity,**

    Defendants.

Civil No.: 04-1761-PA

**STIPULATED ~~ORDER~~ _NOTICE_ OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41 (a) (1), by stipulation of the parties and the court having determined there is no just reason for delay, this case is hereby dismissed upon the following terms:

    1.    Plaintiff hereby voluntarily dismisses, with prejudice, all claims it has against defendants in this matter.

    2.    Each party shall bear its own costs and attorneys fees.

Bullivant|Houser|Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

**STIPULATED ORDER OF DISMISSAL**
**Page 1**

DATED this \_\_6\_\_ day of \_\_May_____, 2005.

So stipulated:

FRED MILLARD

By _____
   **FRED MILLARD**, OSB #98295
   Telephone (503) 721-0140
   **Attorney for Plaintiff**
   **ADRIAN WARE**


So stipulated:

BULLIVANT HOUSER BAILEY PC

By _____
   **SCOTT BROOKSBY**, OSB #95056
   Telephone: (503) 228-6351
   **Attorney for Defendants**
   **OFFICE DEPOT, INC. and OFFICE STAR PRODUCTS**

10155139.1

Bullivant|Houser|Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

**STIPULATED ORDER OF DISMISSAL**
**Page 2**